Illann Power
1133 Camelback St
Newport Beach, CA 92658
Tel: 213-260-1485
Email: ip@illannpower.com

*In Per Pro*

FILED
CLERK, U.S. DISTRICT COURT
1/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

Fee paid

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ILLANN POWER

Plaintiff,

vs.

FREYA CATHERINE DROHAN

Defendant.

Case No: **8:21-cv-00098 JVS (JDEx)**

**VERIFIED COMPLAINT FOR DAMAGES AND PERMANENT INJUNCTIVE RELIEF**

Illann Power ("Plaintiff" or "Power"), for his Complaint against Freya Catherine Drohan ("Defendant" or "Drohan") makes oath and says as follows:

**NATURE OF CLAIM AND RELIEF SOUGHT**

1. Plaintiff seeks Damages for Breach of Contract, Civil Extortion, Defamation, Abuse of Process, and Intentional Infliction of Emotional Distress and further seeks Permanent Injunctive Relief enjoining the Defendant from future acts of same.

**PARTIES**

2. Plaintiff is Illann Power, a Citizen of the State of California primarily domiciled in the County of Orange.

3. Defendant is Freya Catherine Drohan, a Citizen of the Republic of Ireland and is primarily domiciled in the State of New York.

**JURISDICTION AND VENUE**

4. The Court has jurisdiction under 28 U.S.C § 1391(b) as a diversity case the Plaintiff is a Citizen of the State of California, and;

5. The Defendant is a Citizen of the Republic of Ireland domiciled in the State of New York, in the County of Kings, and the amount in controversy is over 75,000 USD.

6. The Venue is appropriate as the Plaintiff resides in this district, has suffered real and actual damages in this district, and;

7. The Court has personal jurisdiction over the Defendant, as Defendant entered into the contracts and agreements with the Plaintiff in the State of California, governed by the laws of the State of California.

**STATEMENT OF CLAIM**

8. Plaintiff seeks Damages for Breach of Contract, Fraudulent Inducement of a Settlement, Defamation, Civil Extortion, Abuse of Process and Intentional Infliction of Emotional Distress, in that;

*"Parties were in a Romantic Relationship from November 2017 to November 2019, upon the end of the relationship Plaintiff sent a demand for conditional gifts given to the Defendant over the course of the two year relationship as part of an agreement to marry in the State of California, and a notice terminating Defendants business arrangements with Plaintiffs Companies. In attempts to get out of lawful debts, contractual arrangements and in retaliation against the Plaintiffs lawful actions. Defendant defamed the Plaintiff to the New York City Police Department by filing Police*

*Reports containing false and malicious statements to obtain an Order of Protection against the Plaintiff. Defendant had no legitimate purpose in obtaining it and did so by committing perjury. Defendant and her family used threats of this action and the action itself to extort settlements of bona fide loan agreements with the Plaintiff and various goods and services from Plaintiff throughout the process, and further Coerced the Plaintiff into preparing and filing false paperwork with Immigration Services to help her friend obtain a work permit, threatening to have the Plaintiff imprisoned if he did not comply. Defendant abused the process of a Protective Order for Financial and Personal Gain, Libeling the Plaintiff and International Inflicting emotional distress upon him during the process and maliciously interfered with his pending Naturalization Proceedings. Defendants unlawful and unscrupulous conduct resulted in substantial economic losses and permanent damage to Plaintiffs personal and professional reputation.*

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for the following judgment & relief against the Defendant..

a. Awarding Plaintiff Damages, Compensatory Damages, Special Damages and Punitive Damages for Breach of Contract, Fraudulent Inducement of a Settlement , Civil Extortion, Defamation, Abuse of Process and Intentional Infliction of Emotional Distress, in an amount to be determined at trial not less than 75,000 USD.

b. Awarding Plaintiff permanent injunctive relief enjoining the Defendant and Defendants Consort from further libelous statements and further slandering the Plaintiff.

c. Awarding Plaintiff permanent injunctive relief enjoining the Defendant and Defendants Consort further interference with Plaintiffs Business, Immigration, and Financial Affairs.

d. Awarding Plaintiff permanent injunctive relief enjoining the Defendant from further evidence tampering, evidence destruction and or evidence modification pending the determination of this action.

e. Awarding the Plaintiff an Order of Injunction requiring the Defendant promptly return all identification documents, banking instruments, encrypted access devices, and security codes, including all duplicates, income tax records including duplicates and copies.

f. Awarding Plaintiff its reasonable attorney's fees, expenses, and costs incurred in connection with prosecuting this action.

g. Awarding Plaintiff any such other relief as this Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury on all claims and issues so triable.

**CERTIFICATION AND CLOSING**

Pursuant to Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further

investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

Dated: 17th January 2020

Newport Beach, CA

Respectfully Submitted,

/s/illannpower
Illann Power
1133 Camelback St
Newport Beach, CA 90028
Tel: +1 (213) 260-1485
Email: ip@illannpower.com

*In Per Pro*

**VERIFICATION**

I, Illann Power, Plaintiff, verify under the penalty of perjury that I have read foregoing complaint and its contents. I also verify that, to the best of my knowledge and recollection, apart from facts stated upon information and belief, matters in this complaint are true and correct.

Executed this 17th January 2021

Illann Power